**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIAMOU TANGARA** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-5385** |
| | : | |
| **SNAPPT, INC.** | : | |

## ORDER

This 25th day of October, 2024, it is hereby ordered as follows:

1) Plaintiff's Motion to Remand, ECF 4, is **DENIED** because this action is properly in federal court based on both federal question and diversity jurisdiction.

2) Plaintiff's Motion to Exclude Settlement Discussions, ECF 5, is **DENIED,** because the amount in controversy is relevant to the question of whether diversity jurisdiction exists, and evidence regarding settlement discussions may be inadmissible at trial but permissible for this limited purpose.

3) Plaintiff's Motions for Sanctions, ECF 4 and ECF 5, are **DENIED** because Plaintiff has failed to set forth any factual basis or legal justification to penalize Defendant for its conduct in litigating this matter.

4) Plaintiff's Motion to Consolidate, ECF 8, is **DENIED** as moot.

5) Defendant's Motion for Leave to File Under Seal, ECF 9, is **GRANTED,** because it appropriately serves the purpose of protecting information about Plaintiff's finances from disclosure.

6) Plaintiff's Motion to Proceed Under a Pseudonym and to Seal or Redact Documents, ECF 12, is **DENIED.** While Plaintiff has not justified use of a pseudonym, Plaintiff may, where warranted, seek leave to seal specific documents as this litigation progresses.

2

7) Plaintiff's Motion to Expedite, ECF 14, is **DENIED.** Plaintiff's case is one of approximately 250 civil cases and 60 criminal cases under the supervision of this judicial officer, and Plaintiff has set forth no basis to prioritize consideration of her claims.

8) Plaintiff's Motion to Strike and Exclude Improper Use of In Forma Pauperis Information, ECF 16, is **DENIED,** because the document is relevant and has been placed under seal.

9) Defendant's request that this Court order Plaintiff to pay Defendant's attorney's fees, ECF 17 at 10, is **DENIED.**[1]

                                                /s/ Gerald Austin McHugh
                                                United States District Judge

---

[1] Plaintiff submitted ten filings within eight business days. Not one has been resolved in her favor. The Court cautions Plaintiff that Federal Rule of Civil Procedure 11 applies to parties to the same degree that it applies to counsel, and sanctions may be imposed if future filings lack a sound basis in law and fact.