**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

MARIAMOU TANGARA,
      Plaintiff

vs.

SNAPPT, INC.,
      Defendant

2:24-cv-05385-GAM

District Judge Gerald A. McHugh

## DEFENDANT SNAPPT, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Snappt, Inc. ("Snappt"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits this brief in support of its motion to dismiss Plaintiff's Amended Complaint as follows:

Snappt removed this case from the Philadelphia Court of Commons to this Court on October 8, 2024. On October 15, 2024, Snappt filed a Motion to Dismiss (ECF # 11) that, if granted, would result in dismissal of the entire case. Subsequently, on October 28, 2024, Plaintiff filed an Amended Complaint (ECF #21). Plaintiff's Amended Complaint is substantively the same as her originally filed Complaint, except that it removes the claim for Violation of the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.).  Compare Exhibit A[1] and ECF

---

[1] References to Exhibits are to those attached to Defendant's Motion to Dismiss.

#21. Accordingly, Defendant incorporates its previously filed Motion to Dismiss (ECF #11) by reference as if fully set forth herein.

## **CONCLUSION**

WHEREFORE, Defendant Snappt, Inc. respectfully requests that this Court sustain its motion to dismiss and dismiss Plaintiff's complaint with prejudice.

Respectfully submitted:

THOMAS, THOMAS & HAFER, LLP

Date: October 30, 2024

By:    /s/ Amanda L. Hennessey
Christopher M. Gallagher, Esquire
Amanda L. Hennessey, Esquire
*Attorneys for Defendant, Snappt, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I caused a copy of the foregoing document to be served on the following parties via electronic mail:

Mariamou Tangara
1300 Fairmont Avenue 706
Philadelphia, PA 19123
mtangara002@gmail.com

/s/*Amanda L. Hennessey*
Amanda L. Hennessey